## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALLAN and RENITA YVETTE-SMITH | ) | Bankruptcy No. 13 B 14740 |
| | ) | |
| Debtor. | ) | |
| ————————————————— | ) | |
| ALLAN and RENITA SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 13 A 00694 |
| | ) | |
| BRENDAN MORTGAGE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Subsequent to a trial on the merits and the Court having heard the facts and taken evidence, the following findings of fact and conclusions of law are made and will be entered:

1.      This Court has jurisdiction under 11 U.S.C. § 1334(b). This is a core proceeding under 28 U.S.C. § 157(b)(2)(K). This matter has been referred to this Court via internal operating procedure 15(a) of the District Court for the Northern District of Illinois.

2.      Venue is proper under 28 U.S.C. § 1409 because the Plaintiffs are citizens of Illinois and reside in Cook County, Illinois.

3.      Plaintiffs are individuals residing at 9318 S. Ada St., Chicago, IL 60620. 4.

Brendan Financial is a lender and/or servicer of mortgages.

5.      Plaintiffs filed for relief under chapter 13 of the United States Bankruptcy Code on April 9, 2013 in the Northern District of Illinois, case number 13-14740.

6.     This adversary proceeding arises under sections 502 and 1322(b)(2) of the

United States Bankruptcy Code.

7.     This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151,

157 and 1334 and this is a core proceeding under 28. U.S.C. § 157.

8.     Plaintiffs are the owners of real estate located at 9318 S. Ada St., Chicago,

Illinois 60620, described as follows:

Parcel ID #: 25-05-320-021-0000

9.     The fair market value of the real estate does not exceed $110,000, and the

opinion of the Debtors' expert as to a different value is rejected for reasons stated from the

bench, which reasons are incorporated herein by this reference.

10.     A first mortgage lien is currently held by JPMorgan Chase Bank, NA, in the

amount of $116,612.92.

11.     A second mortgage lien is currently held by Brendan Mortgage Inc in the amount

of $87,912.00.

12.     Under 11 U.S.C. §§ 506(a) and 1322(b)(2), Defendant's junior mortgage would

be allowed a secured claim to the extent of the value of the estate's interest in the property

securing the claim, and Defendant's lien is void to the extent it is not allowed a secured claim.

13.     The amount owed on the first lien exceeds the value of the property.

14.     Due to the junior mortgage lien, which is held by Defendant, being wholly

unsecured, it should not be allowed as a secured claim, and the mortgage may be stripped off.

*See, Holloway v. U.S.*, 2001 WL 1249053 (N.D. Ill. Oct. 16, 2001); *In re Waters*, 276 B.R. 879

(N.D. Ill 2002); *In re Pond*, 252 F.3d 122 (2nd Cir. 2001); *In re McDonald*, 205 F.3d 606 (3rd

- 2 -

Cir. 2000); *In Re Bartee*, 212 F.3d 277 (5th Cir. 2000); *In Re Lane*, 280 F.3d 663 (6th Cir.

2002); *In re Zimmer*, 313 F.3d 1220 (9th Cir. 2002); *In re Tannter*, 217 F.3d 1357 (11th Cir.

2000).

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

DEC 0 4 2013

Dated this _____ day of December.